JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

ETHAN BOUZAGLO,

     Plaintiff,

          v.

KILOLO KIJAKAZI, Acting Commissioner of Social Security,

Defendant.[1]

No. 2:20-cv-07355-ODW-JPR

JUDGMENT

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 43(c)(2) of the Federal Rules of Appellate Procedure, Kilolo Kijakazi should therefore be substituted for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1       Having approved the parties' joint stipulation to voluntary remand

2   pursuant to sentence four of 42 U.S.C. § 405(g) and to entry of judgment, THE

3   COURT ADJUDGES AND DECREES that judgment is entered for Plaintiff.

5   Date:  August 31, 2021

6                                     HON. OTIS D. WRIGHT, II

7                                     United States District Judge